IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SID CHILDRESS,

    Plaintiff,

v.                                                    CIV 17-1051 MV/KBM

LIBERTY MUTUAL INSURANCE COMPANY

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on May 1, 2018 *(Doc. 36)*. The proposed findings notify the parties of their ability to file objections within fourteen (14) days and that failure to do so waives appellate review. To date, no objections have been filed and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.     The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 36)* is ADOPTED;

2.     Plaintiff's Motion for Leave to File Second Amended Complaint (*Doc. 17*) is DENIED.

_____
UNITED STATES DISTRICT JUDGE